IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | MAGISTRATE ACTION |
|---|---|---|
| v. | : | |
| JOSE THOMAS RIVERA a/k/a JOSE ANTONIO ESTRADA-GONZALEZ | : | 10-1898-M |

## **ORDER**

AND NOW, this 11th day of January 2011, upon consideration of evidence and argument presented at the preliminary hearing held on January 5, 2011, and in letter briefs submitted by the parties after the hearing, I HEREBY FIND that the Government has not established probable cause on count one of the complaint charging aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1), and count one of the complaint is HEREBY DISMISSED WITHOUT PREJUDICE.

BY THE COURT

/S/ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE